HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226

Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:20-PO-00257 JDP |
|---|---|
| Plaintiff, | ) **APPLICATION AND [PROPOSED]** |
| vs. | ) **ORDER APPOINTING COUNSEL** |
| STEVEN M HILTON, | ) |
| Defendant. | ) |

Defendant Steven M Hilton, through the Federal Defender for the Eastern District of California, hereby requests appointment of Counsel.

On August 18, 2020, Mr. Hilton appeared telephonically for an initial appearance. On that date, Mr. Hilton filed a financial affidavit with the court, but declined the assistance of the Federal Defender. Since then, Mr. Hilton contacted the office of the Federal Defender for assistance with his case and requests the Federal Defender be appointed. The case is currently scheduled for a status conference October 21, 2020, however the parties anticipate a settlement in the case.

After reviewing Mr. Hilton Financial Affidavit, it is respectfully recommended that Counsel Benjamin Gerson be promptly appointed.

DATED:  September 9, 2020         */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain Counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

Dated: September 10, 2020                                   
HONORABLE JEREMY D. PETERSON
UNITES STATES MAGISTRATE JUDGE

-2-