Sean O. Anderson
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>           v.<br><br>STEVEN M. HILTON,<br><br>                    Defendant. | No.  6:20-po-00257-JDP<br><br>**MOTION TO DISMISS AND RESOLVE THROUGH FORFEITURE OF COLLATERAL AND VACATE STATUS CONFERENCE; AND ORDER THEREON** |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal of violation number 7576691; Failure to comply with a reporting requirement specified in paragraph (a) or (b) in violation of Title 36 Code of Federal Regulations §4.4(c), without prejudice and in the interest of justice.  The parties have reached a resolution in this matter wherein the Government will agree to convert violation number 7576690; Operating a motor vehicle without due care, a violation of Title 36 Code of Federal Regulations §4.22(b)(1), to a bailable violation which can be resolved through a forfeiture of collateral, consistent with the bail schedule, $250, plus the $30 processing fee. Defendant will pay through the Central Violations Bureau within 60 days. The Government also moves to vacate the Status Conference currently scheduled for October 21, 2020.

//

Dated:  September 24, 2020          /S/ Sean O. Anderson_____

Sean O. Anderson
Acting Legal Officer
Yosemite National Park

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that (1) the above-referenced violation, number 7576691 in the matter *United States v. Steven Hilton*, 6:20-po-00257-JDP, be dismissed, without prejudice, in the interests of justice, and (2) violation number 7576690 be converted to a bailable violation and resolved through forfeiture of collateral, consistent with the bail schedule. The status conference currently scheduled for October 21, 2020 is vacated.

IT IS SO ORDERED.

Dated:   September 25, 2020              _____
                                         UNITED STATES MAGISTRATE JUDGE